IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KIMBERLY HOWELL | ) |
| | ) |
| v. | ) NO. 3:08-0667 |
| | ) JUDGE CAMPBELL |
| ARAMARK MANAGEMENT | ) |
| SERVICES, LMT. PARTNERSHIP | ) |

ORDER

Pending before the Court is Plaintiff's Motion for Remand and Motion for Attorney's Fees (Docket No. 9). For the reasons stated in the accompanying Memorandum, Plaintiff's Motion for Remand is GRANTED, and this case is remanded to the Circuit Court for Rutherford County, Tennessee. Plaintiff's Motion for Attorney's Fees is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE